**FILED**

01/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

FILED

JAN 1 2 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE PETITION OF RONNI M. FLANNERY
FOR REINSTATEMENT TO ACTIVE STATUS          O R D E R
IN THE BAR OF MONTANA

Ronni M. Flannery has petitioned the Court for reinstatement to active status in the State Bar of Montana. Flannery was placed on inactive status in January 2020 for failing to comply with the Rules for Continuing Legal Education for the reporting year ending March 31, 2019. Attached to the Petition is a letter from the State Bar stating that Flannery has now completed all CLE requirements for that reporting year, as well as the year ending March 31, 2020. The Petition states that Flannery is not currently subject to disciplinary proceedings and has not committed any acts or omissions sanctionable under the Rules of Professional Conduct while on inactive status. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Ronni M. Flannery for reinstatement to active status in the State Bar of Montana is GRANTED. Upon payment of any remaining dues, fees, and the state license tax to the State Bar of Montana, Flannery shall be reinstated.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 12 day of January, 2021.

Chief Justice

Justices